■ MARILYN ALVAREZ et al., Respondents, v JEROME BRYANT et al., Appellants. [38 NYS3d 799]—

Order, Supreme Court, Bronx County (Howard H. Sherman, J.), entered July 28, 2015, which, in this action for personal injuries arising out of a motor vehicle accident, granted plaintiffs' motion for partial summary on the issue of liability, unanimously affirmed, with costs.

Plaintiffs' established their entitlement to judgment as a matter of law on the issue of liability by submitting evidence showing that the vehicle owned by defendant MJJ. Service, Inc. and operated by defendant Bryant rear-ended the car in which plaintiffs were passengers. Defendants' opposition failed to raise a triable issue of fact, as they did not proffer a non-

negligent explanation for the accident (*see Chowdhury v Matos*, 118 AD3d 488 [1st Dept 2014]). Defendants' assertion that the vehicle in which plaintiffs were riding stopped suddenly in an intersection, does not warrant a different determination (*see e.g. Morgan v Browner*, 138 AD3d 560 [1st Dept 2016]; *Malone v Morillo*, 6 AD3d 324 [1st Dept 2004]).

We have considered defendants' remaining arguments and find them unavailing. Concur—Tom, J.P., Renwick, Manzanet-Daniels, Gische and Webber, JJ.